[No. 66583-9-I. Division One. February 21, 2012.]

*In the Matter of the Personal Restraint of* JAMES G. ALEXANDER, *Petitioner.*

 *Granted* and *remanded* by unpublished per curiam opinion.

[No. 66917-6-I. Division One. February 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVIN ALLYN ELDER, *Appellant.*

 *Remanded* by unpublished per curiam opinion.

[No. 67007-7-I. Division One. February 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK HENRY OLSEN, *Appellant.*

 *Remanded* by unpublished per curiam opinion.

[No. 67433-1-I. Division One. February 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO ANTONIO IRIZARRY, *Appellant.*

*In the Matter of the Personal Restraint of* FERNANDO ANTONIO IRIZARRY, *Petitioner.*

 Judgment *affirmed in part, reversed in part,* and *remanded* and petition *dismissed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Ellington, J.